UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,                                         Crim. No. 25-202 (PAM/ECW)

          Plaintiff,

v.                                                                                                    **ORDER**

Terrence Terrell Mathews,

          Defendant.

_____

This matter is before the Court on Defendant's Motion for a continuance and to exclude time under the Speedy Trial Act. Defendant requests an extension of the speedy-trial deadlines to pursue potential resolution of this case and to allow time for the Court to hold a status conference, which was canceled due to counsel's unforeseen unavailability.

The Court finds that the ends of justice served by continuing this case outweigh the interest of the public and Defendant in a speedy trial under 18 U.S.C. § 3161(h)(7)(A). In making this finding, the Court concludes that failure to exclude time would result in a miscarriage of justice.

Accordingly, **IT IS HEREBY ORDERED that:**

1. Defendant's Motion (Docket No. 54) is **GRANTED**;

2. The period of time between November 25, 2025, and February 16, 2026, is excluded from computation under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A); and

3.  The trial set for December 1, 2025, is **CONTINUED** to a date and time to be determined.

Dated: December 1, 2025

s/ Paul A. Magnuson
Paul A. Magnuson
United States District Court Judge