UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,                          Crim. No. 25-202 (PAM/EMB)

      Plaintiff,

v.                                                                                  **ORDER**

Terrence Terrell Mathews,

      Defendant.

_____

This matter is before the Court on Defendant Terrence Terrell Mathews' Motion for Furlough.  (Docket No. 65.)  Mathews seeks a one-day furlough to attend an immediate family member's funeral in Minneapolis, Minnesota, on February 20, 2026.

Although the Court shares its condolences with Mathews and his family, the Motion is denied because Mathews fails to demonstrate that he does not pose a flight risk or danger to the community.  18 U.S.C. § 3143(a).  His criminal history and his imminent federal prison sentence weigh against granting his Motion.

Accordingly, **IT IS HEREBY ORDERED that** Defendant's Motion (Docket No. 65) is **DENIED**.

Dated: <u>February 18, 2026</u>                          <u>s/ Paul A. Magnuson</u>
                                                                          Paul A. Magnuson
                                                                          United States District Court Judge